Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
**KAZEROUNI LAW GROUP, APC**
321 N. Mall Drive, Suite R108
St. George, UT 84790
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert E. Looney, Sr., Individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Carrington Mortgage Services, LLC.,<br><br>　　　　　Defendant. | CASE NO: 8:20-cv-00037-JVS-KES<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT** |

## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Central District of California

Case Number: 8:20-CV-00037

Plaintiff:
**Robert E. Looney, Sr.**

vs.

Defendant:
**Carrington Mortgage Services**

For:
Abbas Kazerounian, Esq.
Kazerouni Law Group, APC
245 Fischer Ave.
Suite D1
Costa Mesa, CA 92626

Received by Sano Attorney Service to be served on **Carrington Mortgage Services, LLC, 818 W. 7th St., Ste. 930, Los Angeles, CA 90017**.

I, Robert George Lang, do hereby affirm that on the **10th day of February, 2020** at **9:59 am**, I:

served a **CORPORATION**, pursuant to Rule 4 of the Federal Rules of Civil Procedure, by delivering a true copy of the **Summons in a Civil Action; Complaint; Civil Cover Sheet; Notice of Interested Parties; Initial Order** to: **CT Corp., Agent for Service, Jessie Gastelum, Authorized Person,** at the address of: **818 W. 7th St., Ste. 930, Los Angeles, CA 90017**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18 and have no interest in the above action.

**Robert George Lang**
LA 2016027693

**Sano Attorney Service**
P.O. Box 1568
Riverside, CA 92502
(909) 425-2248

Our Job Serial Number: SNO-2020001170
Ref: Looney v. Carrington Mortgage
Service Fee: $55.00

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.0n