|   |   |
|---|---|
| 1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
|   |   A Limited Liability Partnership |
| 2 |    Including Professional Corporations |
|   | SHANNON Z. PETERSEN, Cal. Bar No. 211426 |
| 3 | 12275 El Camino Real, Suite 200 |
|   | San Diego, California 92130-4092 |
| 4 | Telephone: 858.720.8900 |
|   | Facsimile: 858.509.3691 |
| 5 | Email: spetersen@sheppardmullin.com |
| 6 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
|   |   A Limited Liability Partnership |
| 7 |    Including Professional Corporations |
|   | ISAIAH Z. WEEDN, Cal. Bar No. 229111 |
| 8 | 650 Town Center Drive, 10th Floor |
|   | Costa Mesa, California 92626-1993 |
| 9 | Telephone: 714.513.5100 |
|   | Facsimile: 714.513.5130 |
| 10 | Email: iweedn@sheppardmullin.com |
| 11 | Attorneys for Defendant CARRINGTON MORTGAGE SERVICES, LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ROBERT E. LOONEY, SR., Individually and on Behalf of All Others Similarly Situated, | Case No. 8:20-cv-00037-JVS (KESx) |
|---|---|
|  | The Hon. James V. Selna |
| Plaintiff, | **JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY 28 DAYS (L.R. 8-3)** |
| v. |  |
| CARRINGTON MORTGAGE SERVICES, LLC, |  |
|  | Complaint Filed: 1/8/20 |
| Defendant. |  |
|  | Current Response Date: 3/2/2020 |
|  | New Response Date: 3/30/2020 |
|  | Trial Date:           None |

# **STIPULATION**

Plaintiff Robert E. Looney, Sr. ("Plaintiff"), on the one hand, and defendant Carrington Mortgage Services, LLC ("Defendant"), on the other hand, (collectively, Plaintiff together with Defendant, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows, pursuant to Central District of California Local Rule 8-3:

WHEREAS Plaintiff initially filed this action on January 8, 2020;

WHEREAS Defendant was served with the complaint on February 10, 2020;

WHEREAS the initial deadline to respond to the complaint is March 2, 2020;

WHEREAS pursuant to Local Rule 8-3, without court approval, the Parties may stipulate to extend the time to respond to the Complaint by not more than 30 days from the date the initial response date;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that the deadline for Defendant to respond to the Complaint (including, without limitation, filing any motion under Rule 12(b) or other applicable rule) is extended by twenty-eight (28) days to and including March 30, 2020.

Respectfully submitted,

Dated:  February 28, 2020

KAZEROUNI LAW GROUP, APC


By          */s/ Abbas Kazerounian*
ABBAS KAZEROUNIAN
NICHOLAS R. BARTHEL
Attorneys for Plaintiff
ROBERT E. LOONEY, SR.

1  Dated: February 28, 2020

2                                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

5           By         */s/ Isaiah Z. Weedn*
                      SHANNON Z. PETERSEN
6                     ISAIAH Z. WEEDN
7                     Attorneys for Defendant
                      CARRINGTON MORTGAGE
8                     SERVICES, LLC

10                              **ATTESTATION**

11  Pursuant to Local Rule 5-4.3.4(a)(2), I hereby attest that all signatories listed
12  above, and on whose behalf this filing is submitted, concur in the filing's content
13  and have authorized the filing and that attestation was approved on this 28th day of
14  February 2020 at Costa Mesa, California.

16                               */s/ Isaiah Z. Weedn*
17                               ISAIAH Z. WEEDN