UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 20-00037JVS(KESx) | Date | May 27, 2020 |
|---|---|---|---|
| Title | Robert E Looney, Sr v Carrington Mortgage Services, LLC | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **[IN CHAMBERS] ORDER RE SCHEDULING DATES**

The Court has read and considered the parties Rule 26(f) Report and sets the following dates:

| | |
|---|---|
| **Jury Trial** | **September 7, 2021 at 8:30 a.m.** |
| File Findings of Fact and Conclusions of Law by August 31, 2021 | |
| **Final PreTrial Conference** | **August 23, 2021 at 11:00 a.m.** |
| File PreTrial Documents not later than August 17, 2021 | |
| File motions in limine not later than July 26, 2021 | |
| **Discovery Cut-off** | **May 25, 2021** |
| **Expert Discovery Cut-off** | **June 7, 2021** |
| Initial disclosure of Experts not later than April 8, 2021 | |
| Rebuttal disclosure of Experts not later than May 6, 2021 | |
| **Law and Motion Cut-off** | **July 19, 2021 at 1:30 p.m.** |
| Motions to be filed and served not later than June 21, 2021 | |
| **Last Day to Amend Pleadings or Add Parties August 4, 2020** | |
| **Last Day to File Class Certification Motion January 22, 2021** | |

Counsel inform the Court that their selection for a settlement procedure pursuant to Local Rule 16-15 is ADR #3, private mediation. The Court orders that any settlement discussions shall be completed not later than March 12, 2021. Counsel shall file a Joint Report of the parties regarding outcome of settlement discussions, the likelihood of possible further discussions and any help the Court may provide with regard to settlement negotiations not later than seven (7) days after the settlement conference.

The Court will not delay or bifurcate discovery.
**The Scheduling Conference set for June 1, 2020 at 10:30 a.m. is VACATED.**

| | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |