UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ROBERT E. LOONEY, SR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CARRINGTON MORTGAGE SERVICES, LLC.,<br><br>Defendant. | Case No. 8:20-cv-00037-JVS (KES)<br><br><u>CLASS ACTION</u><br><br>[**PROPOSED**] ORDER GRANTING STIPULATION FOR PROTECTIVE ORDER<br><br>The Hon. Karen E. Scott<br>Courtroom 6D<br><br>Trial Date: None Set |

Upon considering the papers submitted, and good cause appearing, the Stipulation for Protective Order (Document 24) is granted.

IT IS SO ORDERED.

Dated: June 25, 2020

                                  */s/ Karen E. Scott*
                                Honorable Karen E. Scott
                                United States Magistrate Judge