SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
SHANNON Z. PETERSEN, Cal. Bar No. 211426
  spetersen@sheppardmullin.com
LISA S. YUN, Cal, Bar No. 280812
  lyun@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, California 92130
Telephone:  858.720.8900
Facsimile:   858.509.3691

ISAIAH ZACHARY WEEDN, Cal. Bar No. 229111
  iweedn@sheppardmullin.com
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone:  714.513.5100
Facsimile:   714.513.5130

Attorneys for Defendant
CARRINGTON MORTGAGE SERVICES, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ROBERT E. LOONEY, SR., Individually and on Behalf of All Others Similarly Situated, <br><br>  Plaintiff, <br><br>  v. <br><br> CARRINGTON MORTGAGE SERVICES, LLC., <br><br>  Defendant. | Case No. 8:20-cv-00037-JVS (KES) <br><br> <u>CLASS ACTION</u> <br><br> **CARRINGTON MORTGAGE SERVICES, LLC'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** <br><br> The Hon. James V. Selna <br> Courtroom 10C <br><br> Trial Date:  None Set |

Defendant Carrington Mortgage Services, LLC ("Carrington") responds to Plaintiff's Motion for Leave to File First Amended Complaint [ECF No. 26]. Because Plaintiff filed his motion before the Court's deadline to amend the pleadings, and because leave to amend is liberally allowed, Carrington does not oppose the motion. However, because the amended claims fail as a matter of law, Carrington intends to file a motion to dismiss and/or strike unless Plaintiff cures the deficiencies in his proposed First Amended Complaint ("FAC").

Plaintiff has shifted his theory of liability in this putative nationwide class action for alleged violation of the federal Fair Credit Reporting Act ("FCRA"). In his original Complaint, Plaintiff alleged that Carrington failed to provide him a copy of his Credit Score Disclosure ("CSD") after Carrington used his credit score to process his mortgage loan application. (ECF No. 1, ¶¶ 20, 27.)

In his proposed FAC, Plaintiff now admits that Carrington provided him the CSD, but contends the CSD is deficient because (1) it did not provide the date of the disclosure, (2) it did not indicate the distribution of credit scores under 12 C.F.R. § 1022.74(d)(1)(ii)(E); and (3) it did not provide the CSD "as soon as reasonably practicable" under 15 U.S.C. § 1681g(g)(1). *See* ECF No. 26-1, pp. 3-4, 6-7. Plaintiff also alleges a vague and overbroad putative class definition.

Carrington is still analyzing Plaintiff's claims, and reserves the right to make other arguments, but unless Plaintiff agrees to further amendment Carrington currently intends to move to dismiss or strike the FAC on the grounds that it fails to state a claim as a matter of law.

First, judicially noticeable facts will show that Carrington provided the date of the credit score was generated.

Second, Plaintiff is misinterpreting the regulations relating to the "distribution of credit scores," which does not apply to Credit Score Disclosures, and for which there is no private right of action. *See* 12 C.F.R. § 1022.74(d); 12 C.F.R. § 1022.73;

1  12 C.F.R. § 1022.70(b); 15 U.S.C. § 1681s; *see also Jones v. Suburban CJ of AA,*
2  *LLC,* Case No. 16-cv-13464, 2017 WL 1374697 (E.D. Mich. Apr. 17, 2017).
3         Third, judicially noticeable facts will show that Carrington provided the CSD
4  "as soon as reasonably practical."
5         Carrington also intends to move to dismiss/strike the class claims as vague
6  and overbroad.
7         Carrington will continue to meet and confer with Plaintiff regarding these and
8  other deficiencies in the allegations to try to avoid unnecessary motion practice.

10 Dated:  August 18, 2020

                         SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                         By         */s/Lisa S. Yun*
                              SHANNON Z. PETERSEN
                              LISA S. YUN

                              Attorneys for Defendant
                         CARRINGTON MORTGAGE SERVICES, LLC.

-2-    Case No. 8:20-cv-00037

SMRH:4821-6398-7911.2    CARRINGTON'S RESPONSE TO PLAINTIFF'S MOTION
                         FOR LEAVE TO FILE FIRST AMENDED COMPLAINT