**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN 249203)
ak@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**KAZEROUNI LAW GROUP, APC**
Jason A. Ibey, Esq. (SBN 284607)
jason@kazlg.com
321 N Mall Drive, Suite R108
St. George, Utah 84790
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ROBERT E. LOONEY, SR., Individually and On Behalf of All Others Similarly Situated,**<br><br>Plaintiff,<br><br>v.<br><br>**CARRINGTON MORTGAGE SERVICES, LLC.**<br><br>Defendant. | **Case No.:** 8:20-cv-00037-JVS (KES)<br><br>**NOTICE OF SETTLEMENT ON AN INDIVIDUAL BASIS**<br><br>**JUDGE:** Hon. James V. Selna |

NOTICE IS HEREBY GIVEN, pursuant to Civil Local Rule 40-2, that this action has been settled in its entirety, on an individual basis only. The parties anticipate filing a joint stipulation to dismiss by October 16, 2020.

Therefore, Plaintiff respectfully requests that all pending dates and filing requirements be vacated and that the Court set a deadline of on or after October 16, 2020, for the filing a joint stipulation to dismiss.

DATED: September 1, 2020　　　　　　**KAZEROUNI LAW GROUP, APC**

　　　　　　　　　　　　　　　　　　By: /s/ Jason A. Ibey
　　　　　　　　　　　　　　　　　　　　Jason A. Ibey, Esq.
　　　　　　　　　　　　　　　　　　　　jason@kazlg.com
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*